JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DUNG DUY QUOC NGUYEN,

Petitioner,

v.

D. MARIN, et al.,

Respondents.

Case No. EDCV 26-1855-PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are ordered to:

1) Release Petitioner from custody immediately;

2) Not re-detain Petitioner unless and until Respondents obtain a travel document for his removal;

3) Not re-detain Petitioner without first following all procedures set forth in 8 C.F.R. § 241.13(i) and any other applicable statutory and regulatory procedures; and

4) File a notice of compliance no later than **May 17, 2026.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 15, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2